# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEELIMA MADALA,<br><br>      Plaintiff,<br><br>v.<br><br>SODREL TRUCK LINES, INC. and<br>STEPHEN M. FORREST,<br><br>      Defendants/<br>      Third Party Plaintiffs,<br><br>v.<br><br>MICROSURFACING CONTRACTORS, LLC,<br>A Division of Byrne & Jones Holding Co.<br>and KASKASKIA ENGINEERING GROUP,<br>LLC,<br><br>      Third Party Defendants. | Case No. 21-CV-511-SPM |

## JUDGMENT

This matter having come before the Court, and the litigants having stipulated to Dismissal with Prejudice (Doc. 68);

**IT IS ORDERED AND ADJUDGED** that Plaintiff Neelima Madala's Complaint against Defendants Sodrel Truck Lines, Inc. and Stephen M. Forrest and Third-Party Plaintiffs Sodrel Truck Lines, Inc. and Stephen M. Forrest's Third-Party Claims against Third-Party Defendants Microsurfacing Contractors, LLC and Kaskaskia Engineering Group, LLC, are **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii)**,** each party to bear own costs, expenses and attorneys' fees.

**IT IS SO ORDERED.**

**DATED: January 30, 2023**

                                          **MONICA A. STUMP,**
                                          **Clerk of Court**

                                          **By: s/** *Jackie Muckensturm*
                                          **Deputy Clerk**


**APPROVED: s/** *Stephen P. McGlynn*
                    **STEPHEN P. MCGLYNN**
                    **U.S. District Judge**